SSS:ADW/GK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DESKEAN REID,

        Defendant.

- - - - - - - - - - - - - - - X

COMPLAINT

(21 U.S.C. §§ 952(a) and 960(a)(1))

Case No. <u>19 MJ 964</u>

EASTERN DISTRICT OF NEW YORK, SS:

        Thoi Nguyen, being duly sworn, deposes and states that she is a Special Agent with the U.S. Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such.

        On or about October 19, 2019, within the Eastern District of New York and elsewhere, the defendant DESKEAN REID did knowingly and intentionally import into the United States from a place outside thereof, a substance containing cocaine, a Schedule II controlled substance.

        (Title 21, United States Code, Sections 952(a) and 960(a)(1))

2

The source of your deponent's information and the grounds for her beliefs are as follows:[1]

1. On or about October 19, 2019, the defendant DESKEAN REID arrived at John F. Kennedy International Airport ("JFK") in Queens, New York aboard Caribbean Air flight number BW 550 from Port of Spain, Trinidad and Tobago.

2. After the defendant DESKEAN REID disembarked from his flight, Customs and Border Protection Officers ("CBP") selected him for an enforcement examination.

3. The defendant DESKEAN REID was traveling with one black checked bag and one black carry-on backpack. A CBP Officer conducted a baggage examination of REID's checked bag. REID affirmed to the CBP Officer, in sum and substance and in part, that the checked bag was his, that the contents of the bag all belonged to him, and that he had packed the bag himself.

4. As part of the inspection, the CBP Officer noticed that the bottom portion of the checked bag felt unusually thick after the contents of the bag were removed. The defendant DESKEAN REID was taken to a private search room to continue the inspection. Further inspection of the bag with a probe revealed a white powdery substance. The substance was subsequently field tested and tested positive for cocaine. CBP Officers then placed REID under arrest.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware.

5. After the defendant DESKEAN REID's arrest, REID was read his Miranda rights, which he acknowledged in writing. The defendant agreed to waive those rights. After waiving his Miranda rights, REID admitted, in sum and substance and in part, that he knew that he had been carrying drugs in his suitcase and that he had expected to receive payment for transporting the drugs following his arrival in the United States.

6. In total gross weight, law enforcement authorities recovered approximately 2.28 kilograms of cocaine.

WHEREFORE, your deponent respectfully requests that the defendant DESKEAN REID be dealt with according to law.

_____
Thoi Nguyen
Special Agent
U.S. Drug Enforcement Administration

Sworn to me before this
21st day of October, 2019

_____  s/ Bulsara
THE HONORA
UNITED STAT
EASTERN DIS'.